IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1-19CR-060 C |
| TYLER HAASE | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Threatening the President of the United States
(Violation of 18 U.S.C. § 871(a))

On or about September 18, 2018, in the Abilene Division of the Northern District of Texas, and elsewhere, **Tyler Haase**, defendant, did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier, a letter, paper, writing, print, missive, and document containing a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically in a letter postmarked on or about September 18, 2018, and addressed to the United States District Court in Wichita Falls, Texas, the defendant wrote that he and his "comrades in-arms" will "assassinate the leader of them, Donald Trump."

In violation of Title 18, United States Code, Sections 871(a) and 2.

Count Two
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about November 5, 2018, in the Abilene Division of the Northern District of Texas, and elsewhere, **Tyler Haase**, defendant, knowingly deposited in a depository for mail matter and caused to be delivered by the postal service a communication that was post-marked on November 5, 2018, and addressed to a court official, who is employed by the Court of Appeals for the Ninth Circuit and covered by 18 U.S.C. § 1114, and that contained a threat to injure the person of the court official and the person of members of the court official's family.

In violation of Title 18, United States Code, Section 876(c).

Count Three
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about November 5, 2018, in the Abilene Division of the Northern District of Texas, and elsewhere, **Tyler Haase**, defendant, knowingly deposited in a depository for mail matter and caused to be delivered by the postal service a communication that was post-marked on November 5, 2018, and addressed to a court official, who is employed by the Court of Appeals for the Second Circuit and covered by 18 U.S.C. § 1114, and that contained a threat to injure the person of the court official and the person of others, including law enforcement officials covered by 18 U.S.C. § 1114.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7560
Facsimile:  806-472-7394
E-mail:  ann.howey@usdoj.gov

Tyler Haase
Indictment - Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

TYLER HAASE

INDICTMENT

COUNT 1: THREATENING THE PRESIDENT OF THE UNITED STATES
Title 18, United States Code, Section 871(a).

COUNTS 2–3: MAILING THREATENING COMMUNICATIONS
Title 18, United States Code, Section 876(c).
(3 COUNTS)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this 12th day of June, A.D. 2019.
ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE